IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff                           Case No. 1:11-CR-301

vs.                                     Hon. Robert Holmes Bell
                                             United States District Judge

KEYON LADON GIBSON,

        Defendant

_____/

**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

It is the defendant's understanding that the government will be filing a 5K motion.

This Motion is based on the defendant's cooperation with the government which included testimony in the case of *United States v. White*.

There are several objections to be resolved at sentencing, and the defendant does not know what the government's recommendation will be.

The defendant is respectfully reserving his right to make appropriate arguments with respect to the anticipated 5K at sentencing.

                                                        Respectfully submitted,

Grand Rapids, MI
May 18, 2012

                                                     /s/ Lawrence J. Phelan
                                          Lawrence J. Phelan (P37493)
                                          Haehnel & Phelan
                                          200 North Division Avenue
                                          Grand Rapids, MI 49503
                                          (616) 451-4850