UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,                                  No. 1:11-CR-301

v.                                                    Hon. Robert Holmes Bell
                                                       United States District Judge

KEYON LADON GIBSON,

      Defendant.
_____/

## MOTION FOR DOWNWARD DEPARTURE

      Now comes the United States of America, by its attorneys, Donald A. Davis, United States Attorney, and Heath M. Lynch, Assistant United States Attorney, and hereby moves for a downward departure at sentencing, pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e), for substantial assistance to the government as described in the accompanying brief.

                                                            Respectfully submitted,

                                                            DONALD A. DAVIS
                                                           United States Attorney

Dated: May 21, 2012                                  /s/ Heath M. Lynch
                                                          HEATH M. LYNCH
                                                          Assistant United States Attorney
                                                          P.O. Box 208
                                                         Grand Rapids, MI 49501-0208
                                                         (616) 456-2404