No. 12-1666

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| v. | )  O R D E R |
| | ) |
| KEYON LADON GIBSON, | ) |
| | ) |
| Defendant-Appellant. | ) |

**FILED**
*Jan 10, 2013*
DEBORAH S. HUNT, Clerk

Before: BATCHELDER, Chief Judge; COLE and GIBBONS, Circuit Judges.

Defendant Keyon Gibson appeals his conviction of possession of a firearm by a felon. Gibson and the government jointly move for a remand to the district court for resentencing.

At sentencing, Gibson was found to be an Armed Career Criminal under 18 U.S.C. § 924(e) after the district court determined that his criminal history included three serious drug offenses. These offenses were two prior adult convictions for delivery or manufacture of cocaine and a juvenile adjudication under state law for possession with intent to deliver cocaine. The government now concedes that Gibson's state juvenile adjudication does not qualify as a serious drug offense for the purposes of § 924(e). The parties jointly move for a remand to permit the district court to consider the government's position and to resentence Gibson accordingly.

In light of the concession by the government and the agreement of the parties, a remand for resentencing is warranted. The joint motion is **GRANTED**, the judgment is vacated, and the case is remanded to district court for resentencing.

ENTERED BY ORDER OF THE COURT

Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 10, 2013

Mr. Heath M. Lynch
U.S. Attorney's Office
P.O. Box 208
Grand Rapids, MI 49501

Mr. Lawrence J. Phelan
Law Office
200 N. Division Avenue
Grand Rapids, MI 49503

Re: Case No. 12-1666, *USA v. Keyon Gibson*
Originating Case No. : 1:11-cr-00301-1

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Ms. Tracey Cordes

Enclosure

No mandate to issue