## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** KEYON LADON GIBSON | **DISTRICT JUDGE:** Robert Holmes Bell

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:11-CR-301 | 3/15/13 | 1:05 - 1:25 p.m. | Grand Rapids | |

### APPEARANCES

Government: Heath Lynch

Defendant: Larry Phelan

Counsel Designation: CJA Appointment

### TYPE OF HEARING

__ Arraignment:
  __ mute   __ nolo contendre
  __ not guilty   __ guilty
__ Final Pretrial Conference
__ Detention   (waived __ )
__ Motion Hearing
__ Revocation/SRV/PV
__ Bond Violation
__ Change of Plea
__ Sentencing
__ Trial
✓ Other: Remand

### DOCUMENTS

__ Defendant's Rights
__ Waiver of Indictment
__ Other:
_____
_____

Court to Issue:
__ Order of Detention
__ Notice of Sentencing
__ Order Appointing Counsel
✓ Other:
Amended Judgment

### CHANGE OF PLEA

Charging Document:
__ Read   __ Reading Waived
Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing:
_____

__ Presentence Report Ordered
__ Presentence Report Waived
__ Plea Accepted by the Court
__ Plea Taken under Advisement
__ No Written Plea Agreement

### SENTENCING

Imprisonment: 110 months
Probation: _____
Supervised Release: 3 years
Fine: $ _____
Restitution: $ _____
Special Assessment: $ 100.00

Plea Agreement Accepted: __ Yes __ No

Defendant informed of right to appeal: ✓ Yes __ No

Counsel informed of obligation to file appeal: ✓ Yes __ No

Conviction Information:
  Date: _____
  By: _____
  As to Count (s): _____

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kevin Gaugier | **Case Manager:** S. Bourque |